418-DML

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. 19mj21564 |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8, USC 1325 Illegal Entry |
| ) | (misdemeanor) |
| ) | |
| ) | |
| Jose Roberto GUAPO-Alvarez, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

FILED

APR 0 8 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

The undersigned complainant being, duly sworn, states:

That on or about April 07, 2019, within the Southern District of California, defendant, Jose Roberto GUAPO-Alvarez, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325 (a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Edward R. Bugarin
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS   8th  DAY OF April, 2019.

ROBERT N. BLOCK
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Jose Roberto GUAPO-Alvarez**

## PROBABLE CAUSE STATEMENT

On April 7, 2019, Border Patrol Agent M. Taylor and his canine partner were conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 11:20 PM, the Remote Video Surveillance System Operator observed an individual walking north in an area known to Border Patrol Agents as "91X." Agent Taylor responded to the area and deployed his canine partner, who alerted and led Agent Taylor to an individual attempting to hide in the tall grass. Agent Taylor's canine partner approached the individual and was kicked in the head by the individual. Upon seeing Agent Taylor, the individual immediately put his hands up and surrendered. This area is approximately five miles west of the San Ysidro, California Port of Entry and approximately two hundred yards north of the United States/Mexico International Boundary. Agent Taylor conducted an immigration inspection. The individual, later identified as the defendant, Jose Roberto GUAPO-Alvarez, stated that he was a citizen of Mexico without immigration documents that would allow him to enter or remain in the United States legally. At approximately 11:25 PM, Agent Taylor placed GUAPO under arrest.

Record checks revealed that the defendant was most recently removed or deported from the United States on May 2, 2005.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on April 7, 2019.