FILED

19 APR 17 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *as* DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ROBERTO GUAPO-ALVAREZ,<br><br>    Defendant. | Case No. 19CR1376 JAH<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1325(a)(2) - Attempted Unlawful Entry by an Alien (Felony); Title 8, U.S.C., Sec. 1326(a) - Attempted Reentry of Removed Alien; Title 18, U.S.C., Sec. 1368(a) - Harming an Animal Used in Law Enforcement |

The grand jury charges:

Count 1

On or about April 7, 2019, within the Southern District of California, defendant JOSE ROBERTO GUAPO-ALVAREZ being an alien, knowingly and intentionally attempted to enter the United States at a time and place other than as designated by immigration officers, having previously committed the offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325; all in violation of Title 8, United States Code, Section 1325(a)(2), a felony.

//

SRP:cms(nlv):San Diego:4/17/19

Count 2

On or about April 7, 2019, within the Southern District of California, defendant JOSE ROBERTO GUAPO-ALVAREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a).

Count 3

On or about April 7, 2019, within the Southern District of California, defendant JOSE ROBERTO GUAPO-ALVAREZ did knowingly and intentionally and forcibly assault a police animal, to wit, USBP Detection Canine Roki, being handled by Department of Homeland Security, United States Customs and Border Protection Officer M. Taylor, in that defendant knowingly and intentionally and forcibly kicked Roki in the head, while Officer Taylor, accompanied by Roki, was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 1368(a).

DATED: April 17, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
SHAUNA R. PREWITT
Assistant U.S. Attorney